672 A.2d 784

COMMONWEALTH of Pennsylvania, Respondent

v.

David J. WILLIAMS, III, Petitioner.

Supreme Court of Pennsylvania.

March 12, 1996.

## *ORDER*

PER CURIAM:

AND NOW, this 12th day of March, 1996, the Petition for Allowance of Appeal is granted, limited to the issues of whether evidence in this case was sufficient and whether refusal to take a field sobriety test is admissible in a prosecution under 75 Pa.C.S. § 3731(a)(1).